KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138459)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   Fax: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00779 SBA |
| Plaintiff, ) | |
| ) | ORDER TO DISMISS WITHOUT |
| v. ) | PREJUDICE |
| ) | |
| VELFRANCIS DILLARD, ) | |
| Defendant. ) | |

On motion of the government, and good cause appearing, it is ordered that:

Counts One and Two of the Indictment filed on December 8, 2005, in the captioned case, are dismissed without prejudice against Defendant Velfrancis Dillard.

SO ORDERED.

DATED: February 14, 2007     *Saundra B Armstrong*
               SAUNDRA BROWN ARMSTRONG
               United States District Court